THE STATE on the relation of DAVID N. KILBURN v. ISAAC
PATTERSON.

*Elections—Pleading.*

In an action to recover possession of an office to which the relator al-
leges he was duly chosen, but was excluded therefrom by the illegal
action of the Board of Canvassers in rejecting certain returns, it is
not necessary to set forth in the complaint, specifically, the errors
which the Board committed; an averment that the relator was
duly elected and is unlawfully prevented from the enjoyment of the
office, is sufficient.

The relator alleged that he had been duly elected Treas-
urer of Craven County, at an election held in November,
1886, but that the County Canvassers had illegally rejected
certain returns and declared the defendant elected, who had
been inducted into the office and was exercising its func-
tions, &c.

The defendant demurred. There was judgment overruling
the demurrer, and defendant appealed.

*Messrs. H. R. Bryan* and *M. D' W. Stevenson,* for the plaintiff.
*Messrs. W. W. Clark* and *C. M. Busbee,* for the defendant.

MERRIMON, J. This case is substantially like that of *Gat-
ling* v. *Boone,* decided at the present term, and must be
governed by it.

The second ground of demurrer assigned is, that the com-
plaint does not allege specifically in what respects the Board
of County Canvassers erred in rejecting the returns from
certain voting places mentioned. Such allegations were not
necessary, because the decision of the Board was not conclu-
sive, and the purpose of this action is not to have the Court
below, as a court of errors, correct particular errors of the
Board, but to ascertain and determine the result of the elec-

38

tion in question, and whether the relator was elected, as he alleges he was, and if so, to require that he be inducted into the office, according to law.

There is no error, and the judgment must be affirmed.

Affirmed.